1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | ANN H. VORIS, Bar #100433
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |
Attorney for Defendant
6 | MIGUEL EZIQUIO-GARAY

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,                  )  NO. 1:09-cr-0107 AWI
                                               )
12 |                       Plaintiff,           )  STIPULATION TO CONTINUE STATUS
                                               )  CONFERENCE; ORDER
13 |          v.                                )
                                               )  Date:  July 6, 2009
14 | MIGUEL EZIQUIO-GARAY,                      )  Time:  9:00 a.m.
                                               )  Judge: Hon. Anthony W. Ishii
15 |                       Defendant.           )
                                               )
16 | _____       )

17 |

18 |        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 | counsel that the status conference in the above-captioned matter now set for June 29, 2009, **may be**

20 | **continued to July 6, 2009 at 9:00 A.M.**

21 |        This reason for the continuance is because the Presentence Investigation Report (PSR) and the

22 | government's offer need to be revised. The U.S. Probation Officer assigned to this case is out of town at

23 | training and is unable to revise the PSR until he returns. Additionally, this request will permit plea

24 | negotiations between the parties. This continuance will conserve time and resources for both parties and

25 | the court.

26 | ///

27 | ///

28 | ////

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice, including but not limited to, the need for the period of time set forth herein for effective defense

3   preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4                                                        LAWRENCE BROWN
                                                         United States Attorney
5

6   DATED:  June 23, 2009                    By:    /s/ Susan Phan
                                                         SUSAN PHAN
7                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff
8

9                                                        DANIEL J. BRODERICK
                                                         Federal Defender
10

11  DATED:  June 23, 2009                    By:   /s/  Ann H. Voris
                                                         ANN H. VORIS
12                                                       Assistant Federal Defender
                                                         Attorney for Defendant
13                                                       Miguel Eziquio-Garay

14

15

16

17                                       **O R D E R**

18      **IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(8)(A) and

19  3161(h)(8)(B)(i) and (iv).

20

21  IT IS SO ORDERED.

22  **Dated:    June 23, 2009**                        **/s/ Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28